STEPHEN M. TILLERY (pro hac vice forthcoming)
stillery@koreintillery.com
STEVEN M. BEREZNEY (Bar No. 329923)
sberezney@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
gbroshuis@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated

CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105
Telephone:  (415) 512-4000
Facsimile:  (415) 644-6927

Attorney for Defendant National Collegiate Athletic Association, an Unincorporated Association.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER. individually and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association; <br><br> Defendants. | Case No. 2:22-CV-02125 <br><br> Hon. William B. Shubb <br><br> *Assigned to Hon. Judge Kendall J. Newman for Non-Dispositive Issues* <br><br> **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

WHEREAS, Defendant National Collegiate Athletic Association ("NCAA") was served with the Class Action Complaint, Case No. 2:22-CV-02125, filed by Plaintiffs Taylor Smart and Michael Hacker ("Plaintiffs") individually and on behalf of those similarly situated on November 29, 2022;

WHEREAS, the deadline for the NCAA to respond to the Complaint is February 7, 2023;

WHEREAS, there have been no extensions to date of any deadlines in this matter;

WHEREAS, the NCAA requested until February 24, 2023 to file its answer or otherwise respond to the Complaint and Plaintiffs agreed;

IT IS HEREBY STIPULATED by and between the Parties, through their undersigned counsel of record and pursuant to Eastern District of California Local Rule 144, that the NCAA shall be given until February 24, 2023 to answer or otherwise respond to the Complaint.

DATED:  January 31, 2023          KOREIN TILLERY, LLC


By:     /s/ Garrett R. Broshuis
          Garrett R. Broshuis

          *Attorneys for Plaintiffs*

1    DATED:  January 31, 2023          MUNGER, TOLLES & OLSON, LLP

2

3

4                                     By:    */s/ Carolyn Hoecker Luedtke*
                                             Carolyn Hoecker Luedtke
5

6                                     *Attorney for Defendant*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT