STEPHEN M. TILLERY *(pro hac vice* forthcoming*)*
   stillery@koreintillery.com
STEVEN M. BEREZNEY (Bar No. 329923)
   sberezney@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
   gbroshuis@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:    (314) 241-4844
Facsimile: (314) 241-3525

Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated

CAROLYN HOECKER LUEDTKE (Bar No. 207976)
   carolyn.luedtke@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 644-6927

Attorney for Defendant National Collegiate Athletic Association, an Unincorporated Association

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association;<br><br>    Defendant. | CASE NO. 2:22-cv-02125-WBS-KJN<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS AND TO TRANSFER VENUE**<br><br>Judge: The Honorable William B. Shubb<br>*Assigned to Hon. Judge Kendall J. Newman for Non-Dispositive Issues* |

NO.  2:22-cv-02125-WBS-KJN
**JOINT STIPULATION SETTING BRIEFING SCHEDULE**

1  Whereas, the parties previously agreed to extend the time
2  for Defendant to respond to Plaintiffs' complaint from February
3  7, 2023 to February 24, 2023;

4  Whereas, Defendant National Collegiate Athletic Association
5  ("NCAA" or "Defendant") filed its Motion to Dismiss (ECF No. 7)
6  and Motion to Transfer Venue (ECF No. 6) on February 24, 2023;

7  Whereas, the current deadline for Plaintiffs to respond to
8  both motions is March 10, 2023, and the deadline for Defendant's
9  replies to both motions is March 17, 2023;

10  Whereas, a hearing has been set for May 15, 2023 at 1:30 for
11  both motions;

12  Whereas, on February 27, 2023, Plaintiffs served venue-
13  related discovery requests on Defendant, consisting of two
14  requests for production;

15  Whereas, the parties have agreed to the following briefing
16  schedule with respect to both motions: (1) Plaintiffs will file
17  their oppositions to both motions by April 5, 2023, and (2)
18  Defendant will file its replies to both motions by April 24,
19  2023;

20  Whereas, the parties continue to discuss the venue-related
21  discovery requests served on Defendant;

22  Whereas, to the extent that Defendant is unable to provide
23  the venue-related information requested by March 29, 2023,
24  Plaintiffs reserve the right to request further time to respond
25  to Defendant's motions, or to request leave to file a surreply,
26  as needed;

27  IT IS HEREBY STIPULATED by and between the parties, in
28  accordance with Local Rule 144, that 1) Plaintiffs will file

their oppositions to Defendant's Motion to Dismiss (ECF No. 7) and Motion to Transfer Venue (ECF No. 6) by April 5, 2023, and (2) Defendant will file its replies to both motions by April 24, 2023.

DATED: March 7, 2023                    Respectfully submitted,


                                        /s/ *Garrett R. Broshuis*
                                        KOREIN TILLERY, LLC
                                        Stephen M. Tillery (*pro hac vice* forthcoming)
                                        Steven M. Berezney
                                        Garrett R. Broshuis

                                        *Attorneys for Plaintiffs*


                                        /s/ *Carolyn Hoecker Luedtke*
                                        MUNGER, TOLLES & OLSON LLP
                                        Carolyn Hoecker Luedtke

                                        *Attorney for Defendant*

ORDER

The Court, having considered the parties' stipulation, and cause appearing, hereby orders that: 1) Plaintiffs will file their oppositions to Defendant's Motion to Dismiss (ECF No. 7) and Motion to Transfer Venue (ECF No. 6) by April 5, 2023, and (2) Defendant will file its replies to both motions by April 24, 2023.

Dated: March 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE