Dennis Stewart, CA Bar No. 99152
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
Facsimile: (612) 339-6622
dstewart@gustafsongluek.com

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray,
and Kyle McKinley, Individually and
on Behalf of All Those Similarly Situated*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOSEPH COLON, SHANNON RAY, AND KYLE McKINLEY, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | Case No. 1:23-cv-00425-JLT-SKO<br><br>**CLASS ACTION**<br><br>**NOTICE OF RELATED CASE UNDER CIVIL L.R. 123** |

WHEREAS, Civil L.R. 123 requires that whenever a party knows or believes that an action on file or about to be filed may be related to another action on file, the party shall promptly file in each action and serve on all parties in each action a Notice of Related Case;

WHEREAS, on November 29, 2022, *Smart et al v. National Collegiate Athletic Association*, Case No. 2:22-cv-02125 ("*Smart*") was filed in the Eastern District of California;

WHEREAS, the claims in the Complaint in the above-titled action arise out of the same set of operative facts concerning the alleged anticompetitive conduct of the NCAA related to unpaid coaches, asserts similar legal claims and theories, involve the same parties, and will involve substantially the same discovery as *Smart*; and

WHEREAS, given the substantial similarity between the Actions, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

**NOW THEREFORE**, Plaintiffs Joseph Colon, Shannon Ray, and Kyle McKinley hereby give notice that this action is related to the *Smart* Action (2:22-cv-02125).

DATED: March 23, 2023                                    Respectfully submitted,

**GUSTAFSON GLUEK PLLC**

By:   */s/ Dennis Stewart*
      Dennis Stewart CA Bar No. 99152
      600 W. Broadway, Suite 3300
      San Diego, CA 92101
      Telephone: (619) 595-3299
      Facsimile: (612) 339-6622
      dstewart@gustafsongluek.com

      Daniel E. Gustafson (#202241 *pro hac forthcoming*)
      Joshua J. Rissman (#391500 *pro hac forthcoming*)
      Noah L. Cozad (#402643 *pro hac forthcoming*)
      **GUSTAFSON GLUEK PLLC**
      Canadian Pacific Plaza

120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
jrissman@gustafsongluek.com
ncozad@gustafsongluek.com

Darryl J. Horowitt, CA Bar No. 100898
**COLEMAN & HOROWITT, LLP**
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone:    (559) 248-4820
Facsimile:    (559) 248-4830
dhorowitt@ch-law.com

Robert J. Gralewski, Jr., CA Bar No. 196410
Marko Radisavljevic, CA Bar No. 306552
**KIRBY McINERNEY LLP**
600 B Street, Suite 2110
San Diego, California 92101
Telephone: (619) 784-1442
bgralewski@kmllp.com
mradisavljevic@kmllp.com

Leonard B. Simon, CA Bar No. 58310
**THE LAW OFFICES OF LEONARD B. SIMON P.C.**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644
Facsimile: (619) 231-7423
lens@rgrdlaw.com

*Attorneys for Plaintiffs and the Putative Class*