STEPHEN M. TILLERY *(pro hac vice* forthcoming*)*
   stillery@koreintillery.com
STEVEN M. BEREZNEY (Bar No. 329923)
   sberezney@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
   gbroshuis@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association;<br><br>      Defendant. | CASE NO. 2:22-cv-02125-WBS-KJN<br><br>**CLASS ACTION**<br><br>**RESPONSE TO NOTICE OF RELATED CASE UNDER CIVIL L.R. 123**<br><br>Judge: Hon. William B. Shubb<br><br>*Assigned to Hon. Judge Kendall J. Newman for Non-Dispositive Issues* |

On March 21, 2023, three college coaches in the sports of wrestling and track and field filed a proposed class action in the Eastern District of California against the National Collegiate Athletic Association. *See Colon v. Nat'l Collegiate Athletic Ass'n*, Case No. 1:23-00245, ECF No. 1 (ED. Cal. Mar. 21, 2023). Counsel in the *Colon* case have filed a Notice of Related Case Under Civil L.R. 123.

Plaintiffs in this case agree that the cases are related and that they would benefit from assignment to a single judge, but they reserve the right to oppose complete consolidation should such a motion be made. Plaintiffs also note that while one of the named Plaintiffs (Mr. Michael Hacker) resides closer to this courthouse, Fresno is closer to the other named Plaintiff in this case (Mr. Taylor Smart), who resides in Arizona. Given this, Plaintiffs would consent to the re-assignment of the case to Fresno if the Court believes that it would serve the interest of judicial economy. But Plaintiffs would be equally content to remain in Sacramento as well.

Plaintiffs' flexibility in litigating in either courthouse within this District should not be construed as supporting NCAA's motion to transfer venue across the country to Indianapolis. Plaintiffs oppose that motion and will submit their brief by the established deadline.

1 | DATED: March 23, 2023                    Respectfully submitted,

               /s/ *Garrett R. Broshuis*
               KOREIN TILLERY, LLC
               Stephen M. Tillery (*pro hac vice* forthcoming)
               Steven M. Berezney
               Garrett R. Broshuis

               *Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

               /s/ *Garrett R. Broshuis*
                   Garrett R. Broshuis