STEPHEN M. TILLERY *(pro hac vice* forthcoming*)*
  stillery@koreintillery.com
STEVEN M. BEREZNEY (Bar No. 329923)
  sberezney@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Attorneys for Plaintiffs Taylor Smart and
Michael Hacker, Individually and on Behalf
of All Those Similarly Situated

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association;<br><br>Defendant. | CASE NO. 2:22-cv-02125-WBS-KJN<br><br>**CLASS ACTION**<br><br>**APPLICATION FOR PRO HAC VICE AND ORDER** |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Stephen M. Tillery hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated.

On November 20, 1990, I was admitted to practice and presently in good standing in The Supreme Court of Missouri. A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I have not concurrently or within the year proceedings this application made a pro hac vice application to this court.

DATE: April 6, 2023                Signature of Applicant:  /s/<u>Stephen M. Tillery</u>

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Stephen M. Tillery |
| Law Firm Name: | Korein Tillery LLC |
| Address: | 505 N. 7TH Street, Suite 3600<br>St Louis, MO  63101 |
| Phone Number: | (314) 241-4844 |
| City and State of Residence: | Marco Island, Florida |
| Primary E-mail Address: | stillery@koreintillery.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the ourt's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Steven Berezney |
| Law Firm Name: | Korein Tillery LLC |
| Address: | 505 N 7th Street, Suite 3600 |

1                NO.  2:22-cv-02125-WBS-KJN
**APPLICATION FOR PRO HAC VICE AND ORDER**

|   |   |
|---|---|
| | St. Louis, MO  63101 |
| Phone Number: | (314) 241-4844     Bar #  329923 |

Dated:  April 6, 2023

By: /s/ *Steven M. Berezney*
KOREIN TILLERY, LLC
Stephen M. Tillery (*pro hac vice* forthcoming)
Steven M. Berezney
Garrett R. Broshuis

*Attorneys for Plaintiffs*

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  April 6, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE