UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated, <br><br>       Plaintiffs, <br><br>   v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association, <br><br>       Defendant. | No. 2:22-cv-02125 WBS KJN <br><br><br><br> ORDER |

----oo0oo----

Before the court is defendant's motion to continue the hearing on defendant's motion to transfer venue (Docket No. 6) and motion to dismiss (Docket No. 7), which is currently set for May 15, 2023.[1] (Docket No. 24.) Defendant seeks to continue the hearing until July 24, 2023, which is the date on which defendant

---

[1] While defendant did not set this motion for hearing, the court takes this motion under submission on the papers, without oral argument, pursuant to Local Rule 230(g).

1

seeks to notice a hearing for motions in the related case, Colon v. NCAA, 1:23-cv-00425 WBS KJ. (See Docket No. 16.) Plaintiffs oppose the motion. (Docket No. 25.) Having considered the points raised by the parties, good cause appearing, and in the interest of judicial economy, the court determines that it is appropriate to continue the hearing so that the motions in the related cases can be heard together.

   IT IS THEREFORE ORDERED that defendant's motion to continue the hearing on defendant's motion to transfer and motion to dismiss (Docket No. 24) be, and the same hereby is, GRANTED. The hearing currently scheduled for May 15, 2023, is CONTINUED to July 24, 2023, at 1:30 p.m.

Dated: May 9, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2