GARRETT R. BROSHUIS (Bar No. 329924)
gbroshuis@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on signature page]

DENNIS STEWART State Bar No. 99152)
dstewart@gustafsongluek.com
GUSTAFSON GLUEK PLLC
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on signature page]

CAROLYN H. LUEDTKE
(State Bar No. 207976)
carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL
(State Bar No. 292380)
Justin.Raphael@mto.com
CHRISTOPHER CRUZ
(State Bar No. 346128)
Christopher.Cruz@mto.com
JAVIER KORDI
(State Bar No. 348358)
Javier.Kordi@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Flr
San Francisco, CA 94105-2907
Telephone:(415) 512-4000
Facsimile:(415) 512-4077

Attorneys for Defendant National Collegiate Athletic Association, an Unincorporated Association.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br>　　　　Plaintiffs,<br>　　v.<br>NATIONAL COLLEGIATE ASSOCIATION, an unincorporated association,<br>　　　　Defendant. | No. 2:22-cv-02125 WBS KJN<br><br>Hon. William B. Shubb<br>*Assigned to Hon. Judge Kendall J. Newman for Non-Dispositive Issues*<br><br>**JOINT ADMINISTRATIVE MOTION AND STIPULATION TO EXTEND TIME** |
| JOSEPH COLON, SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBAME, and PATRICK MEHLER, individually and on behalf of all those similarly situated,<br>　　　　Plaintiffs,<br>　　v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br>　　　　Defendant. | No. 1:23-cv-00425 WBS KJN |

1  WHEREAS, Plaintiffs Taylor Smart and Michael Hacker filed a
2 complaint on November 29, 2022 in *Smart et. al. v. National
3 Collegiate Athletic Association*, No. 2:22-cv-02125 WBS.
4  WHEREAS Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor,
5 Peter Robinson, Katherine Sebbane, and Patrick Mehlert filed an
6 amended complaint on May 4, 2023 in *Colon et al. v. National
7 Collegiate Athletic Association* No. 1:23-cv-00425 WBS KJN.
8  WHEREAS, the Court has related the two actions.
9  WHEREAS, on July 27, 2023, this Court granted in part and
10 denied in part the NCAA's motions to dismiss the complaints.
11  WHEREAS, the Court set a schedule for a status conference
12 statement to be due on August 14, 2023, and a discovery plan to be
13 due August 21, 2023.
14  WHEREAS, the parties have conferred and in the interest of
15 efficiency and to allow time following their August 3, 2023 Rule
16 26 conference, have stipulated to combine the status conference
17 statement and the discovery plan for filing on August 21, 2023.
18  WHEREAS, Plaintiffs in both matters have agreed that the
19 NCAA's answer to the Complaint may be due on August 24, 2023.
20  WHEREAS, none of these proposed stipulated dates will impact
21 the August 28, 2023 case management conference scheduled by the
22 Court or cause other delay.
23  It is therefore stipulated and requested that the Court order
24 as follows:
25  1.  Plaintiffs and Defendants shall file their Joint Status
26 Report, including their Joint Discovery Plan, by August 21, 2023.
27  2. The Defendant shall file its answers to Plaintiffs'
28 Complaints by August 24, 2023.

1  WHEREAS, pursuant to Local Rule 144(b), Court approval is
2 required to extend the deadlines in the proposed schedule;
3  Pursuant to Local Rules 144(a) and 233, the parties
4 respectfully request that the Court enter the attached proposed
5 order setting the deadlines that the parties have agreed upon for
6 their Joint Status Report, including their Joint Discovery Plan,
7 and the Defendants' answers to Plaintiffs' Complaints.

| | | |
|---|---|---|
| Respectfully submitted, | | MUNGER, TOLLES & OLSON LLP |
| DATED: August 7, 2023 | By: | _/s/CAROLYN HOECKER LUEDTKE_ |
| | | CAROLYN HOECKER LUEDTKE |

CAROLYN H. LUEDTKE
(State Bar No. 207976)
carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL
(State Bar No. 292380)
Justin.Raphael@mto.com
CHRISTOPHER CRUZ
(State Bar No. 346128)
Christopher.Cruz@mto.com
JAVIER KORDI
(State Bar No. 348358)
Javier.Kordi@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,
Twenty-Seventh Floor
San Francisco, California
94105-2907
Telephone:(415) 512-4000
Facsimile:(415) 512-4077

*Attorneys for Defendant National Collegiate Athletic Association*

KOREIN TILLERY, LLC

By: _/s/GARRETT R. BROSHUIS_
    GARRETT R. BROSHUIS

STEPHEN M. TILLERY *(pro hac vice)*
stillery@koreintillery.com
STEVEN M. BEREZNEY (Bar No. 329923)
sberezney@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
gbroshuis@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated*

GUSTAFSON GLUEK PLLC

By:     */s/DENNIS STEWART*
        DENNIS STEWART
DENNIS STEWART
(State Bar No. 99152)
dstewart@gustafsongluek.com
DANIEL E. GUSTAFSON
(#202241 pro hac)
dgustafson@gustafsongluek.com
JOSHUA J. RISSMAN
(#391500 pro hac)
jrissman@gustafsongluek.com
NOAH L. COZAD (#402643 pro hac)
ncozad@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert, Individually and on Behalf of All Those Similarly Situated*

COLEMAN & HOROWITT, LLP

DARRYL J. HOROWITT
(State Bar No. 100898)
dhorowitt@ch-law.com
COLEMAN & HOROWITT, LLP
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert, Individually and on Behalf of All Those Similarly Situated*

```
                    KIRBY McINERNEY LLP

                        ROBERT J. GRALEWSKI, JR.
                        (State Bar No. 196410)
                        bgralewski@kmllp.com
                        MARKO RADISAVLJEVIC,
                        (State Bar No. 306552)
                        mradisavljevic@kmllp.com
                        KIRBY McINERNEY LLP
                        600 B Street, Suite 2110
                        San Diego, California 92101
                        Telephone: (619) 784-1442

                        *Attorneys for Plaintiffs Joseph
                        Colon, Shannon Ray, Khala Taylor,
                        Peter Robinson, Katherine Sebbane,
                        and Patrick Mehlert, Individually
                        and on Behalf of All Those
                        Similarly Situated*

                    THE LAW OFFICES OF LEONARD B.
                    SIMON P.C.

                        LEONARD B. SIMON
                        (State Bar No. 58310)
                        lens@rgrdlaw.com
                        THE LAW OFFICES OF LEONARD B.
                        SIMON P.C.
                        655 West Broadway, Suite 1900
                        San Diego, CA 92101
                        Telephone: (619) 818-0644
                        Facsimile: (619) 231-7423

                        *Attorneys for Plaintiffs Joseph
                        Colon, Shannon Ray, Khala Taylor,
                        Peter Robinson, Katherine Sebbane,
                        and Patrick Mehlert, Individually
                        and on Behalf of All Those
                        Similarly Situated*
```

```
                              FAIRMARK PARTNERS, LLP

                                    JAMIE CROOKS
                                    (State Bar No. 310447)
                                    (pro hac forthcoming)
                                    jamie@fairmarklaw.com
                                    MICHAEL LIEBERMAN,
                                    DC Bar No. 1033827
                                    (pro hac forthcoming)
                                    michael@fairmarklaw.com
                                    FAIRMARK PARTNERS, LLP
                                    1825 7th Street, NW, #821
                                    Washington, DC 20001
                                    Telephone: (619) 507-4182

                                    Attorneys for Plaintiffs Joseph
                                    Colon, Shannon Ray, Khala Taylor,
                                    Peter Robinson, Katherine Sebbane,
                                    and Patrick Mehlert
```