UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br>          Defendant. | No. 2:22-cv-02125 WBS KJN<br><br><br><br><br>ORDER RE: DEFENDANT'S MOTION FOR CLARIFICATION |
| JOSEPH COLON, SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBAME, and PATRICK MEHLER, individually and on behalf of all those similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>          Defendant. | No. 1:23-cv-00425 WBS KJN |

1

----oo0oo----

Defendant moves for clarification of this court's Order denying defendant's motion to dismiss the complaints in these actions. There is no ambiguity or confusion in the court's Order that requires further explanation. The Order did no more nor no less than dispose of the motion which was before the court.

IT IS THEREFORE ORDERED that defendant's motion for clarification (Smart Docket No. 34; Colon Docket No. 41) be, and the same hereby is, DENIED.

Dated:  September 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2