| | |
|---|---|
| GARRETT R. BROSHUIS (Bar No. 329924)<br>gbroshuis@koreintillery.com<br>KOREIN TILLERY, LLC<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525<br><br>Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on signature page]<br><br>DENNIS STEWART (Bar No. 99152)<br>dstewart@gustafsongluek.com<br>GUSTAFSON GLUEK PLLC<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br><br>Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Katherine Sebbane, Khala Taylor and Peter Robinson, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on signature page] | CAROLYN H. LUEDTKE<br>(Bar No. 207976)<br>carolyn.luedtke@mto.com<br>JUSTIN P. RAPHAEL<br>(Bar No. 292380)<br>Justin.Raphael@mto.com<br>CHRISTOPHER CRUZ<br>(Bar No. 346128)<br>Christopher.Cruz@mto.com<br>MEGAN L. MCCREADIE<br>(Bar No. 330704)<br>megan.mccreadie@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Flr<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>Attorneys for Defendant National Collegiate Athletic Association, an Unincorporated Association. |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br>    Plaintiffs,<br>  v.<br>NATIONAL COLLEGIATE ASSOCIATION, an unincorporated association,<br>    Defendant. | No. 2:22-cv-02125 WBS KJN<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER MODIFYING SCHEDULE** |
| JOSEPH COLON, SHANNON RAY, KATHERINE SEBBANE, KHALA TAYLOR AND PETER ROBINSON, individually and on behalf of all those similarly situated,<br>    Plaintiffs,<br>  v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br>    Defendant. | No. 1:23-cv-00425 WBS CSK<br><br>Judge: The Honorable William B. Shubb<br>*Assigned to Hon. Judge Chi Soo Kim for Non-Dispositive Issues* |

No. 1:23-cv-00425 WBS CSK      NO. 2:22-cv-02125-WBS-KJN
**JOINT STIPULATION MODIFYING SCHEDULE**

Whereas, there have only been minor modifications to the case schedule to date, specifically the parties previously agreed to extend the time for Defendant to respond to Plaintiffs' complaint from February 7, 2023, to February 24, 2023, and the parties previously agreed to extend the time by which the parties filed a joint status report from August 14, 2023, to August 21, 2023;

Whereas, the Court set a deadline of August 2, 2024 for *Smart* Plaintiffs and *Colon* Plaintiffs' (together, "Plaintiffs") motion for class certification, *see Smart*, ECF No. 38 at 4, *Colon*, ECF No. 45 at p. 5;

Whereas the Plaintiffs, in order to gather information they believe to be highly pertinent to their claims have, among other things, served extensive third-party discovery, including document subpoenas on all 353 NCAA Division I institutions as well as numerous  conferences, and the execution, service, negotiation and compliance with those subpoenas is an extensive undertaking which is still ongoing;

Whereas, the parties have agreed to extend the deadline for Plaintiffs' motion for class certification to November 1, 2024;

Whereas, the parties have agreed to a briefing schedule for the class certification motion that takes the holidays into account, with Defendant's opposition due on December 20, 2024, and Plaintiffs' reply due on January 31, 2025;

Whereas, the parties have agreed to extend other deadlines to accommodate the three-month extension of the class certification deadline, with the parties agreeing to the following deadlines:

- An extension of the deadline for expert reports from January 7, 2025 to April 4, 2025, and for rebuttal reports from February 7, 2025 to May 5, 2025;
- An extension of the close of discovery from March 7, 2025 to June 6, 2025;
- An extension of dispositive motions deadline from April 25, 2025 to July 18, 2025;
- An extension of the trial setting from September 16, 2025 to a date in November 2025 that the Court has available;
- An extension of the Final Pretrial Conference from July 14, 2025 to a date and time that the Court has available that is suitable for the revised trial date;

Whereas, the Court has stated that any request to change the trial date must be heard by Judge Shubb, *Smart*, ECF No. 38 at 7;

IT IS HEREBY STIPULATED by and between the parties, in accordance with Local Rule 144, that

1. Plaintiffs will file their motion for class certification by November 1, 2024, Defendants will file their opposition to that motion by December 20, 2024, and Plaintiffs will file their reply to that motion by January 31, 2025;
2. The parties will file expert reports by April 4, 2025, and will file rebuttal reports by May 5, 2025;
3. The deadline for the close of discovery will be June 6, 2025;
4. The parties will file dispositive motions by July 18, 2025.

IT IS FURTHER STIPULATED that the parties respectfully request that the Court continue the trial date to a date available for the Court in November 2025, and that the Court continue the Final Pretrial Conference to a date suitable for the Court.

Respectfully submitted,   KOREIN TILLERY, LLC

DATED: May 24, 2024   By:   */s/Garrett R. Broshuis*
GARRETT R. BROSHUIS
STEPHEN M. TILLERY
(pro hac)
stillery@koreintillery.com
STEVEN M. BEREZNEY
(State Bar No. 329923)
sberezney@koreintillery.com
GARRETT R. BROSHUIS
(State Bar No. 329924)
gbroshuis@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated*

```
                              MUNGER, TOLLES & OLSON LLP

                              By:      /s/Carolyn Hoecker Luedtke
                                     CAROLYN HOECKER LUEDTKE
                                  CAROLYN H. LUEDTKE
                                  (State Bar No. 207976)
                                  carolyn.luedtke@mto.com
                                  JUSTIN P. RAPHAEL
                                  (State Bar No. 292380)
                                  Justin.Raphael@mto.com
                                  CHRISTOPHER CRUZ
                                  (State Bar No. 346128)
                                  Christopher.Cruz@mto.com
                                  MEGAN L. MCCREADIE
                                  (State Bar No. 330704)
                                  megan.mccreadie@mto.com
                                  MUNGER, TOLLES & OLSON LLP
                                  560 Mission Street,
                                  Twenty-Seventh Floor
                                  San Francisco, California
                                  94105-2907
                                  Telephone:(415) 512-4000
                                  Facsimile:(415) 512-4077

                                  Attorneys for Defendant National
                                  Collegiate Athletic Association
```

```
                    FAIRMARK PARTNERS, LLP

                    By:      /s/Michael Lieberman
                          MICHAEL LIEBERMAN
                          JAMES CROOKS
                          (State Bar No. 310447)
                          (pro hac)
                          jamie@fairmarklaw.com
                          MICHAEL LIEBERMAN,
                          DC Bar No. 1033827
                          (pro hac)
                          michael@fairmarklaw.com
                          FAIRMARK PARTNERS, LLP
                          1825 7th Street, NW, #821
                          Washington, DC 20001
                          Telephone: (619) 507-4182
```

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Katherine Sebbane, Khala Taylor and Peter Robinson, Individually and on Behalf of All Those Similarly Situated*

```
                    COLEMAN & HOROWITT, LLP

                          DARRYL J. HOROWITT
                          (State Bar No. 100898)
                          dhorowitt@ch-law.com
                          COLEMAN & HOROWITT, LLP
                          499 West Shaw, Suite 116
                          Fresno, CA 93704
                          Telephone: (559) 248-4820
                          Facsimile: (559) 248-4830
```

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Katherine Sebbane, Khala Taylor and Peter Robinson, Individually and on Behalf of All Those Similarly Situated*

```
                              KIRBY McINERNEY LLP

                                  ROBERT J. GRALEWSKI, JR.
                                  (State Bar No. 196410)
                                  bgralewski@kmllp.com
                                  MARKO RADISAVLJEVIC
                                  (State Bar No. 306552)
                                  mradisavljevic@kmllp.com
                                  KIRBY McINERNEY LLP
                                  600 B Street, Suite 2110
                                  San Diego, California 92101
                                  Telephone: (619) 784-1442

                                  Attorneys for Plaintiffs Joseph
                                  Colon, Shannon Ray, Katherine
                                  Sebbane, Khala Taylor and Peter
                                  Robinson, Individually and on
                                  Behalf of All Those Similarly
                                  Situated

                              THE LAW OFFICES OF LEONARD B.
                              SIMON P.C.

                                  LEONARD B. SIMON
                                  (State Bar No. 58310)
                                  lens@rgrdlaw.com
                                  THE LAW OFFICES OF LEONARD B.
                                  SIMON P.C.
                                  655 West Broadway, Suite 1900
                                  San Diego, CA 92101
                                  Telephone: (619) 818-0644
                                  Facsimile: (619) 231-7423

                                  Attorneys for Plaintiffs Joseph
                                  Colon, Shannon Ray, Katherine
                                  Sebbane, Khala Taylor and Peter
                                  Robinson, Individually and on
                                  Behalf of All Those Similarly
                                  Situated
```

**JOINT STIPULATION MODIFYING SCHEDULE**

```
                    GUSTAFSON GLUEK PLLC

                    DENNIS STEWART
                    (State Bar No. 99152)
                    dstewart@gustafsongluek.com
                    DANIEL E. GUSTAFSON
                    (#202241 pro hac)
                    dgustafson@gustafsongluek.com
                    JOSHUA J. RISSMAN
                    (#391500 pro hac)
                    jrissman@gustafsongluek.com
                    ABOU AMARA
                    (pro hac)
                    aamara@gustafsongluek.com
                    GUSTAFSON GLUEK PLLC
                    Canadian Pacific Plaza
                    120 South 6th Street, Suite 2600
                    Minneapolis, MN 55402
                    Telephone: (612) 333-8844
                    Facsimile: (612) 339-6622
```

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Katherine Sebbane, Khala Taylor and Peter Robinson, Individually and on Behalf of All Those Similarly Situated*

**CERTIFICATE OF SERVICE**

 I hereby certify that on May 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

              /s/ *Michael Lieberman*
                Michael Lieberman

ORDER

The Court, having considered the parties' stipulation, and cause appearing, hereby orders that:

1. Plaintiffs will file their motion for class certification by November 1, 2024, Defendants will file their opposition to that motion by December 20, 2024, and Plaintiffs will file their reply to that motion by January 31, 2025;
2. The parties will file expert reports by April 4, 2025, and will file rebuttal reports by May 5, 2025;
3. The deadline for the close of discovery will be June 6, 2025;
4. The parties will file dispositive motions by July 18, 2025;
5. The Final Pretrial Conference is reset for **October 6, 2025 at 1:30 p.m.**
6. The trial date is reset for **December 9, 2025 at 9:00 a.m.**

Dated:  May 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE