1  STEPHEN M. TILLERY *(pro hac vice)*
       stillery@koreintillery.com
2  STEVEN M. BEREZNEY (Bar No. 329923)
       sberezney@koreintillery.com
3  GARRETT R. BROSHUIS (Bar No. 329924)
       gbroshuis@koreintillery.com
4  **KOREIN TILLERY, LLC**
   505 North 7th Street, Suite 3600
5  St. Louis, MO 63101
   Telephone: (314) 241-4844
6  Facsimile: (314) 241-3525

7  Attorneys for Plaintiffs Taylor Smart and
   Michael Hacker, Individually and on Behalf
8  of All Those Similarly Situated

9

10                 **UNITED STATES DISTRICT COURT**

11        **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

12  TAYLOR SMART AND MICHAEL HACKER,      CASE NO. 2:22-cv-02125-WBS-CSK
    Individually and on Behalf of
13  All Those Similarly Situated,        **CLASS ACTION**

14          Plaintiffs,                   **DECLARATION OF GARRETT R.
                                          BROSHUIS IN SUPPORT OF MOTION
15       vs.                             FOR CLASS CERTIFICATION**

16  NATIONAL COLLEGIATE ATHLETIC
    ASSOCIATION, an unincorporated        Date:  March 3, 2025
17  association;                          Time:  1:30 p.m.
                                          Courtroom: 5, 14th Floor
18          Defendant.                    Judge:  The Honorable William B.
                                          Shubb
19

20

21

22

23

24

25

26

27

28
                                         NO.  2:22-cv-02125-WBS-CSK
   **Declaration of Garrett R. Broshuis in Support of Motion for Class Certification**

1     I, Garrett R. Broshuis, hereby declare as follows:

2     1.    I am one of the attorneys principally responsible for

3 handling of this matter. I submit this Declaration in support of

4 Plaintiffs' Motion for Class Certification.

5     2.    I am personally familiar with the facts set forth in

6 this Declaration. If called as a witness, I could and would

7 competently testify to the matters stated herein.

8     3.    I am a partner at the law firm of Korein Tillery, LLC,

9 which specializes in complex litigation, including antitrust

10 litigation. A true and accurate copy of our firm resume is

11 attached as Exhibit 1 to this Declaration, which includes bios

12 for me and the firm's other attorneys primarily responsible for

13 this case, and includes a summary of the firm's relevant work.

14     3.    The other exhibits cited in support of Plaintiffs'

15 Motion for Class Certification are set forth in the table below.

16 The exhibits that are documents are true and correct copies of

17 documents that have been produced as part of this litigation; the

18 exhibits that are portions of transcripts are true and accurate

19 excerpts from depositions taken in this case. All of these

20 exhibits are attached hereto as Exhibits 2 – 58.

21     4.    The exhibits corresponding to any deposition

22 transcripts have been limited to the relevant pages cited in

23 Plaintiffs' brief.

24     5.    Pursuant to the parties Stipulated Protective Order

25 (ECF 48), and further set forth in Plaintiffs' Request to Seal

26 Documents, any exhibits that have been designated as confidential

27

28

1    NO.  2:22-cv-02125-WBS-CSK

**Declaration of Garrett R. Broshuis in Support of Motion for Class Certification**

are subject to a request to be filed under seal and are denoted

as such in the following table.

| EXHIBIT NO. | DESCRIPTION | SUBJECT TO REQUEST TO SEAL? |
|---|---|---|
| 1 | Korein Tillery Firm Resume | No |
| 2 | NCAA—SMART-COLON-0240079 | Yes |
| 3 | NCAA-SMART-COLON-0247281 | Yes |
| 4 | NCAA_SMART-COLON_0006955 | No |
| 5 | NCAA_SMART-COLON_0015157 | No |
| 6 | NCAA_SMART-COLON_0000001 | No |
| 7 | NCAA_SMART-COLON_0000465 | No |
| 8 | NCAA_SMART-COLON_0000931 | No |
| 9 | 10/25/23 Defendant's Response to Plaintiffs' First Set of Interrogatories to Defendant NCAA | No |
| 10 | 08/27/24 Deposition of Matthew Boyer | No |
| 11 | 10/02/24 Deposition of Jennifer Fraser | No |
| 12 | 10/10/2024 Deposition of Lynda Tealer | Yes |
| 13 | NCAA_SMART-COLON_0019670 | No |
| 14 | NCAA_SMART-COLON_0019728 | No |
| 15 | NCAA_SMART-COLON_0019775 | No |
| 16 | NCAA_SMART-COLON_0020631 | No |
| 17 | NCAA_SMART-COLON_0226950 | No |
| 18 | NCAA_SMART-COLON_0226939 | No |
| 19 | NCAA_SMART-COLON_0141397 & 1398 | No |
| 20 | NCAA_SMART-COLON_0145795 | Yes |
| 21 | NCAA_SMART-COLON_0145784 | Yes |
| 22 | SMART_COLON_THIRD PARTY_0000006114 | No |
| 23 | 09/24/24 Deposition of Taylor Smart | No |
| 24 | SMART_SCHLS_0000000025 | Yes |
| 25 | 10/08/24 Deposition of Michael Hacker | No |
| 26 | NCAA_SMART-COLON_0019530 | No |
| 27 | NCAA_SMART-COLON_0042200 & 2201 | No |
| 28 | SMART_COLON_THIRD_PARTY_0000038212 | No |

**Declaration of Garrett R. Broshuis in Support of Motion for Class Certification**

| EXHIBIT NO. | DESCRIPTION | SUBJECT TO REQUEST TO SEAL? |
|---|---|---|
| 29 | NCAA_SMART-COLON_0028588 | Yes |
| 30 | NCAA_SMART-COLON_0008285 | No |
| 31 | NCAA_SMART-COLON_0001845 | No |
| 32 | NCAA_SMART-COLON_0009571 | No |
| 33 | NCAA_SMART-COLON_0010831 | No |
| 34 | NCAA_SMART-COLON_0011245 | No |
| 35 | NCAA_SMART-COLON_0001396 | No |
| 36 | SMART_COLON_THIRD_PARTY_0000043201 | No |
| 37 | SMART_COLON_THIRD_PARTY_0000036456 | No |
| 38 | SMART_COLON_THIRD_PARTY_0000038523 | No |
| 39 | SMART_COLON_THIRD_PARTY_0000134698 | No |
| 40 | NCAA_SMART-COLON_0041651 | No |
| 41 | NCAA_SMART-COLON_0041801 | No |
| 42 | NCAA_SMART-COLON_0152091 & 2094 | No |
| 43 | NCAA_SMART-COLON_0019545 | No |
| 44 | NCAA_SMART-COLON_0136805 | Yes |
| 45 | SMART_COLON_THIRD_PARTY_0000019162 | No |
| 46 | NCAA_SMART-COLON_0186902 | Yes |
| 47 | SMART_COLON_THIRD_PARTY_0000084378 | No |
| 48 | SMART_COLON_THIRD_PARTY_0000023103 | Yes |
| 49 | NCAA_SMART-COLON_0125859 & 5860 | No |
| 50 | NCAA—SMART-COLON-0081464 | No |
| 51 | SMART_COLON_THIRD_PARTY_0000134854 | Yes |
| 52 | SMART_COLON_THIRD_PARTY_0000000002 | No |
| 53 | SMART_COLON_THIRD_PARTY_0000035333 | No |
| 54 | SMART_COLON_THIRD_PARTY_0000033088 | NO |
| 55 | SMART_SCHLS_0000002284 | Yes |
| 56 | SMART_COLON_THIRD_PARTY_0000134721 | No |
| 57 | NCAA_SMART-COLON_0222135 | No |
| 58 | NCAA_SMART-COLON_0142726 | No |

6. We subpoenaed and received extensive data from most of the Division I schools falling within the class definition. Based on this data and other research that we have done, we have identified over 500 potential class members.

3     NO. 2:22-cv-02125-WBS-CSK

**Declaration of Garrett R. Broshuis in Support of Motion for Class Certification**

1    I declare under penalty of perjury under the laws of the

2  United States of America that the foregoing is true and correct.

3

4  Executed on November 1, 2024, in St. Louis, Missouri

5

6                                    */s/ Garrett R. Broshuis*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4     NO.  2:22-cv-02125-WBS-CSK

**Declaration of Garrett R. Broshuis in Support of Motion for Class Certification**