CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
Carolyn.Luedtke@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
MEGAN McCREADIE (State Bar No. 330704)
Megan.McCreadie@mto.com
CHRISTOPHER CRUZ (State Bar No. 346128)
Christopher.Cruz@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for *Defendant National Collegiate Athletic Association*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR SMART and MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br>　　　Plaintiffs,<br>　v.<br>NATIONAL COLLEGIATE ASSOCIATION, an unincorporated association,<br>　　　Defendant. | No. 2:22-cv-02125 WBS-CSK<br><br>Hon. William B. Shubb<br>*Assigned to Hon. Chi Soo Kim for Non-Dispositive Issues* |
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS, Individually and on Behalf of All Those Similarly Situated,<br>　　　Plaintiffs,<br>　v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br>　　　Defendant. | No. 1:23-cv-00425 WBS-CSK<br><br>**JOINT ADMINISTRATIVE MOTION AND STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S *DAUBERT* MOTIONS** |

1  WHEREAS, the Court has related these two actions.

2  WHEREAS, on November 1, 2024, Plaintiffs in No. 2:22-cv-
3 02125, Taylor Smart and Michael Hacker ("*Smart* Plaintiffs"), and
4 Plaintiffs in No. 1:23-cv-000425, Shannon Ray, Khala Taylor,
5 Peter Robinson, Katherine Sebbane, and Rudy Barajas ("*Ray*
6 Plaintiffs"), both filed motions for class certification;

7  WHEREAS, both the *Smart* Plaintiffs and *Ray* Plaintiffs
8 submitted expert declarations in support of their motions for
9 class certification;

10  WHEREAS, the *Smart* Plaintiffs' and *Ray* Plaintiffs' motions
11 for class certification are set to be heard on March 3, 2025, at
12 1:30;

13  WHEREAS, pursuant to an order of this Court (*Smart* Dckt. 61,
14 *Colon* Dckt. 74), Defendant National Collegiate Athletic
15 Association's ("NCAA") oppositions to both motions for class
16 certification were filed and served on December 20, 2024, and
17 Plaintiffs' replies in support of their motions are due
18 January 31, 2025;

19  WHEREAS, the NCAA's opposition to both motions for class
20 certification is supported with evidence including an expert
21 declaration with respect to which the *Smart* and *Ray* Plaintiffs
22 may interpose motions to strike and or exclude, including but not
23 limited to a motion to exclude expert testimony;

24  WHEREAS, the NCAA also filed motions to exclude expert
25 testimony filed in support of *Smart* and *Colon* Plaintiffs' motions
26 for class certification ("*Daubert* motions") on December 20, 2024;
27 and

28

WHEREAS, the parties have conferred and stipulated to the following briefing schedule for the NCAA's *Daubert* motions and any motions to exclude or strike evidence, including expert testimony, submitted in opposition to the motion for class certification:

1. *Smart* and *Ray* Plaintiffs shall file oppositions to the NCAA's *Daubert* motions by January 31, 2025.

2. The NCAA shall file any replies in support of its *Daubert* motions by February 18, 2025.

3. Plaintiffs shall file any motions to strike or exclude evidence, including but not limited to expert testimony filed in support of the NCAA's opposition to the Plaintiffs' respective motions for class certification, by January 31, 2025.

4. The NCAA shall file any oppositions to any such Plaintiffs' motion to strike or exclude evidence by February 18, 2025.

5. Plaintiffs shall file any replies in support of such motions by February 26, 2025.

6. With the permission of the Court, the NCAA's *Daubert* motions and any Plaintiffs' motions directed against evidence submitted in support of NCAA's opposition to Plaintiffs' motions for class certification shall be heard concurrent with *Smart* and *Colon* Plaintiffs' motions for class certification on March 3, 2025, at 1:30.

Pursuant to Local Rule 233, the parties respectfully request that the Court enter the attached proposed order setting the deadlines that the parties have agreed upon for briefing of any *Daubert* motions to exclude testimony submitted in support of a

1  motion for class certification and any motions submitted by
2  Plaintiffs to exclude or strike evidence submitted in support of
3  the NCAA's opposition to the Plaintiffs' motions for class
4  certification.
5
6  Respectfully submitted,        MUNGER, TOLLES & OLSON LLP
7  DATED:  January 3, 2025        By:     /s/ Carolyn Hoecker Luedtke
8                                         CAROLYN HOECKER LUEDTKE
                                  CAROLYN H. LUEDTKE
9                                 (State Bar No. 207976)
                                  carolyn.luedtke@mto.com
10                                JUSTIN P. RAPHAEL
                                  (State Bar No. 292380)
11                                Justin.Raphael@mto.com
                                  MEGAN McCREADIE
12                                (State Bar No. 330704)
                                  Megan.McCreadie@mto.com
13                                CHRISTOPHER CRUZ
                                  (State Bar No. 346128)
14                                Christopher.Cruz@mto.com
                                  MUNGER, TOLLES & OLSON LLP
15                                560 Mission Street,
                                  Twenty-Seventh Floor
16                                San Francisco, California
                                  94105-2907
17                                Telephone:    (415) 512-4000
                                  Facsimile:    (415) 512-4077
18
                                  *Attorneys for Defendant National*
19                                *Collegiate Athletic Association*

1    KOREIN TILLERY, LLC
2
3                                By:    */s/ Garrett R. Broshuis*
                                        GARRETT R. BROSHUIS
4                                       STEPHEN M. TILLERY *(pro hac vice)*
                                        stillery@koreintillery.com
5                                       STEVEN M. BEREZNEY (Bar No. 329923)
6                                       sberezney@koreintillery.com
                                        GARRETT R. BROSHUIS (Bar No. 329924)
7
                                        gbroshuis@koreintillery.com
8                                       KOREIN TILLERY, LLC
                                        505 North 7th Street, Suite 3600
9                                       St. Louis, MO 63101
                                        Telephone: (314) 241-4844
10
                                        Facsimile: (314) 241-3525
11
12                                      *Attorneys for Plaintiffs Taylor Smart and Michael Hacker,*
13                                      *Individually and on Behalf of All Those Similarly Situated*
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
| 1 | GUSTAFSON GLUEK PLLC |
| 2 | |
| 3 | By:     */s/ Dennis Stewart* |
| 4 |         DENNIS STEWART |
|   | DENNIS STEWART |
| 5 | (State Bar No. 99152) |
|   | dstewart@gustafsongluek.com |
| 6 | GUSTAFSON GLUEK PLLC |
|   | 600 W. Broadway, Suite 3300 |
| 7 | San Diego, CA 92101 |
|   | Telephone: (619) 595-3299 |
| 8 | |
|   | DANIEL E. GUSTAFSON |
| 9 | (#202241 pro hac vice) |
|   | dgustafson@gustafsongluek.com |
| 10 | Amanda M. Williams |
|   | (#0341691 pro hac vice) |
| 11 | Matthew Jacobs |
|   | (#540346 pro hac vice) |
| 12 | GUSTAFSON GLUEK PLLC |
|   | Canadian Pacific Plaza |
| 13 | 120 South 6th Street, Suite 2600 |
|   | Minneapolis, MN 55402 |
| 14 | Telephone: (612) 333-8844 |
|   | Facsimile: (612) 339-6622 |

*Attorneys for Plaintiffs Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated*

JOINT ADMINISTRATIVE MOTION AND STIPULATION REGARDING
BRIEFING SCHEDULE FOR DEFENDANT'S DAUBERT MOTIONS

```
                        KIRBY McINERNEY LLP
                            ROBERT J. GRALEWSKI, JR.
                            (State Bar No. 196410)
                            bgralewski@kmllp.com
                            MARKO RADISAVLJEVIC,
                            (State Bar No. 306552)
                            mradisavljevic@kmllp.com
                            KIRBY McINERNEY LLP
                            600 B Street, Suite 2110
                            San Diego, California 92101
                            Telephone: (619) 784-1442
```

*Attorneys for Plaintiffs Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated*

```
                        FAIRMARK PARTNERS, LLP
                            Michael Lieberman
                            (pro hac vice)
                            Jamie Crooks
                            (pro hac vice)
                            Yinka Onayemi
                            (pro hac vice)
                            FAIRMARK PARTNERS, LLP
                            1001 G Street NW, Suite 400 East
                            Washington, DC 20001
                            Telephone: (818) 585-2903
                            michael@fairmarklaw.com
                            jamie@fairmarklaw.com
                            yinka@fairmarklaw.com
```

*Attorneys for Plaintiffs Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated*

```
                    COLEMAN & HOROWITT, LLP
                         DARRYL J. HOROWITT
                         (State Bar No. 100898)
                         dhorowitt@ch-law.com
                         COLEMAN & HOROWITT, LLP
                         499 West Shaw, Suite 116
                         Fresno, CA 93704
                         Telephone: (559) 248-4820
                         Facsimile: (559) 248-4830

                         *Attorneys for Plaintiffs Shannon
                         Ray, Khala Taylor, Peter Robinson,
                         Katherine Sebbane, and Rudy
                         Barajas, Individually and on
                         Behalf of All Those Similarly
                         Situated*

                    THE LAW OFFICES OF LEONARD B.
                    SIMON P.C.
                         LEONARD B. SIMON
                         (State Bar No. 58310)
                         lens@rgrdlaw.com
                         THE LAW OFFICES OF LEONARD B.
                         SIMON P.C.
                         655 West Broadway, Suite 1900
                         San Diego, CA 92101
                         Telephone: (619) 818-0644
                         Facsimile: (619) 231-7423

                         *Attorneys for Plaintiffs Shannon
                         Ray, Khala Taylor, Peter Robinson,
                         Katherine Sebbane, and Rudy
                         Barajas, Individually and on
                         Behalf of All Those Similarly
                         Situated*
```

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

*/s/ Carolyn Hoecker Luedtke*
Carolyn Hoecker Luedtke

**Order**

The Court, having considered the parties' stipulation, and cause appearing, hereby orders that:

1. *Smart* and *Colon* Plaintiffs shall file any oppositions to the NCAA's *Daubert* motions to exclude testimony submitted in support of Plaintiffs' motions for class certification by January 31, 2025.

2. The NCAA shall file any replies in support of its *Daubert* motions by February 18, 2025.

3. Plaintiffs shall file any motions to strike or exclude evidence, including but not limited to expert testimony filed in support of the NCAA's opposition to Plaintiffs' motions for class certification, by January 31, 2025.

4. The NCAA shall file oppositions to any motions to strike or exclude evidence filed in support of its opposition to Plaintiffs' motions for class certification by February 18, 2025.

5. Plaintiffs shall file replies in support of any motions to strike or exclude evidence filed in support of the NCAA's opposition to Plaintiffs' motions for class certification by February 26, 2025.

6. The NCAA's *Daubert* motions and any motions by Plaintiffs to strike or exclude evidence filed in support of the NCAA's opposition to Plaintiffs' motions for class certification shall be heard concurrent with *Smart* and *Colon* Plaintiffs' motions for class certification on March 3, 2025, at 1:30.

Dated: January 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE