STEPHEN M. TILLERY *(pro hac vice)*
   stillery@koreintillery.com
STEVEN M. BEREZNEY (Bar No. 329923)
   sberezney@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
   gbroshuis@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated

CAROLYN HOECKER LUEDTKE (Bar No. 207976)
   carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL (Bar No. 292380)
   justin.raphael@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 644-6927

Attorney for Defendant National Collegiate Athletic Association, an Unincorporated Association

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association;<br><br>      Defendant. | CASE NO. 2:22-cv-02125-WBS-CSK<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Judge: The Honorable William B. Shubb |

1. Plaintiffs[1] and Defendant National Collegiate Athletic Association ("NCAA") are pleased to inform the Court that they have reached a settlement of the matter in principle. The settlement is subject to ratification by the respective parties, who are in the process of preparing the settlement documents. In light of the parties' settlement in principle, the parties respectfully request that the Court:

1. Stay Plaintiffs' January 31, 2025 deadline regarding their reply in support of the motion for class certification and their opposition to NCAA's motion to exclude Dr. Daniel Rascher under *Daubert* pending the Court's ruling on the parties' upcoming motion for preliminary approval of the settlement;
2. Remove from the March 3, 2025 hearing calendar all motions currently scheduled to be heard in the *Smart* case; and
3. Permit the parties at least 45 days to file their motion for preliminary approval of the settlement.

The Parties are aware of Local Rule 160, which provides that "the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause." Local Rule 160 further provides: "The Court may, on good cause shown, extend the time for filing the dispositional papers." The Parties respectfully submit that

---

[1] The term Plaintiffs refers collectively to all the plaintiffs named in this case (the *Smart* action).

1   NO. 2:22-cv-02125-WBS-CSK
**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

there is good cause to extend the time to file dispositional papers given the nature of this action as a nationwide putative antitrust class action, the requirement under the Federal Rules to file a motion for preliminary approval of the settlement of such an action, and the number and complexity of issues involved in reducing the parties' settlement in principle to a comprehensive settlement agreement.

    We thank the Court for its consideration.

DATED: January 31, 2025      Respectfully submitted,

                                  /s/ *Garrett R. Broshuis*
KOREIN TILLERY, LLC
Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney
Garrett R. Broshuis

*Attorneys for Plaintiffs*

                                /s/ *Carolyn Hoecker Luedtke*
MUNGER, TOLLES & OLSON LLP
Carolyn Hoecker Luedtke

*Attorney for Defendant*