STEPHEN M. TILLERY *(pro hac vice)*
   stillery@koreintillery.com
STEVEN M. BEREZNEY (Bar No. 329923)
   sberezney@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
   gbroshuis@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated

CAROLYN HOECKER LUEDTKE (Bar No. 207976)
   carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL (Bar No. 292380)
   justin.raphael@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 644-6927

Attorney for Defendant National Collegiate Athletic Association, an Unincorporated Association

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association;<br><br>    Defendant. | CASE NO. 2:22-cv-02125-WBS-CSK<br><br>**CLASS ACTION**<br><br>**ORDER RE: JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Judge: The Honorable William B. Shubb |

Before the Court is a Notice of Settlement in Principle from Plaintiffs[1] and Defendant National Collegiate Athletic Association ("NCAA"). Having found good cause to extend the time for filing dispositional papers pursuant to Local Rule 160, the Court hereby orders the following:

1. Plaintiffs' January 31, 2025 deadline regarding their reply in support of the motion for class certification and their opposition to NCAA's motion to exclude Dr. Daniel Rascher under *Daubert* is stayed pending the Court's ruling on the parties' upcoming motion for preliminary approval of the settlement;
2. All motions currently scheduled to be heard in the *Smart* case are removed from the March 3, 2025 hearing calendar; and
3. The parties shall have 45 days to file their motion for preliminary approval of the settlement, and no later than **March 24, 2025.**

**It is so ordered.**

**Dated:   February 3, 2025**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The term Plaintiffs refers collectively to all the plaintiffs named in this case (the *Smart* action).

NO.  2:22-cv-02125-WBS-CSK
**ORDER RE: JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**