STEPHEN M. TILLERY *(pro hac vice)*
    stillery@koreintillery.com
STEVEN M. BEREZNEY (Bar No. 329923)
    sberezney@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
    gbroshuis@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Attorneys for Plaintiffs Taylor Smart and
Michael Hacker, Individually and on Behalf
of All Those Similarly Situated

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association; <br><br> Defendant. | CASE NO. 2:22-cv-02125-WBS-CSK <br><br> **CLASS ACTION** <br><br> **NOTICE OF REQUEST TO SEAL; REQUEST TO SEAL** <br><br> Courtroom: 5, 14th Floor <br> Judge:  The Honorable William B. Shubb |

NO.  2:22-cv-02125-WBS-CSK

**Request to Seal**

**NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL**

Please take notice that Plaintiffs will and hereby do request that the Court seal the threshold percentage of opt-outs needed to trigger the proposed Settlement Agreement's termination clause. This Notice is being made pursuant to Local Rule 141. The Notice of Request to Seal and Request to Seal are accompanied by a proposed order in accordance with Local Rule 141.

Because of the potential for abuse, courts have regularly found compelling reasons to seal information regarding the number of opt-outs needed to trigger the termination of a class action settlement agreement. *See, e.g.*, *Friedman v. Guthy-Renker*, LLC, 2016 WL 5402170, at *2 (C.D. Cal. Sept. 26, 2016) (finding that "potential for abuse" "outweigh[ed] the interest in public access to" opt-out threshold information and collecting cases); *In re Online DVD-Rental Antitrust Litig.*, 779 F.3d 934, 948 (9th Cir. 2015) (recognizing that "exact threshold" in "opt-out provision" was appropriately "kept confidential" "for practical reasons"); *In re Lyft Inc. Sec. Litig.*, No. 19-CV-02690-HSG, 2023 WL 2960006, at *2 (N.D. Cal. Mar. 16, 2023); *Thomas v. Magnachip Semiconductor Corp.*, 2016 WL 3879193, at *7 (N.D. Cal. July 18, 2016) (finding compelling reasons to seal the provision).

In line with these cases, Plaintiffs seek a very narrow request to seal only the percentage of opt—outs needed to trigger the proposed Settlement Agreement's termination clause. The proposed Settlement Agreement is to be attached as Exhibit 2 to the Broshuis Declaration in Support of Motion for Preliminary Approval, and if this request is granted, all of it will be

publicly available for review except for the termination clause's threshold percentage.

Given the compelling reasons for sealing this information and the very limited nature of this request, Plaintiffs respectfully request that the Court grant it. In accordance with local rules, Plaintiffs have ensured that all parties are served with this request electronically, and will send both a redacted and non-redacted version of the proposed Settlement Agreement for the Court's review.

DATED: March 24, 2025          Respectfully submitted,


                                  /s/ *Garrett R. Broshuis*
                               KOREIN TILLERY, LLC
                               Stephen M. Tillery (*pro hac vice*)
                               Steven M. Berezney
                               Garrett R. Broshuis

                               *Attorneys for Plaintiffs*



                        **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.


                               /s/ *Garrett R. Broshuis*
                                   Garrett R. Broshuis

**Request to Seal**