1  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   Carolyn.Luedtke@mto.com
2  JUSTIN P. RAPHAEL (State Bar No. 292380)
   Justin.Raphael@mto.com
3  MEGAN McCREADIE (State Bar No. 330704)
   Megan.McCreadie@mto.com
4  CHRISTOPHER CRUZ (State Bar No. 346128)
   Christopher.Cruz@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
6  San Francisco, California 94105-2907
   Telephone:(415) 512-4000
7  Facsimile:(415) 512-4077

8  *Attorneys for Defendant National
   Collegiate Athletic Association*

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR SMART and MICHAEL HACKER, individually and on behalf of all those similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>   Defendants. | Case No. 2:22-cv-02125-WBS-CSK<br><br>**DEFENDANT NCAA'S NOTICE OF FILING UNREDACTED SETTLEMENT AGREEMENT UNDER SEAL**<br><br>Judge:   Hon. William B. Shubb |

**NOTICE OF FILING**

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD AND TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Pursuant to the Court's Order on Request to Seal (ECF 74), Defendant National Collegiate Athletic Association ("NCAA") will file an unredacted copy of the parties' settlement agreement (a redacted version of which was filed as Exhibit 2 to the Declaration of Garrett R. Broshuis in Support of Motion for Preliminary Approval, ECF 73-1) with the Court today to be held under seal.

DATED: April 1, 2025                    Respectfully submitted,

By:   */s/ Carolyn Hoecker Luedtke*
             Carolyn Hoecker Luedtke

*Attorneys for Defendant National Collegiate Athletic Association*