CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
Carolyn.Luedtke@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
MEGAN McCREADIE (State Bar No. 330704)
Megan.McCreadie@mto.com
CHRISTOPHER CRUZ (State Bar No. 346128)
Christopher.Cruz@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for *Defendant National Collegiate Athletic Association*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br>        Plaintiffs,<br>    v.<br>NATIONAL COLLEGIATE ASSOCIATION, an unincorporated association,<br>        Defendant. | No. 2:22-cv-02125 WBS KJN<br><br>Hon. William B. Shubb<br>*Assigned to Hon. Judge Chi Soo Kim for Non-Dispositive Issues*<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS, individually and on behalf of all those similarly situated,<br>        Plaintiffs,<br>    v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br>        Defendant. | No. 1:23-cv-00425 WBS KJN |

1  TO THE CLERK AND ALL PARTIES OF RECORD:
2      PLEASE TAKE NOTICE that as of May 30, 2025, Christopher Cruz
3  will no longer be associated with the firm of Munger, Tolles &
4  Olson LLP; and is therefore withdrawing as counsel for Defendant
5  NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ("NCAA") in the above-
6  captioned cases.  NCAA will continue to be represented by Carolyn
7  Hoecker Luedtke, Justin P. Raphael, and Megan McCreadie of
8  Munger, Tolles & Olson LLP.
9  DATED:  May 30, 2025           MUNGER, TOLLES & OLSON LLP

By:     */s/ Christopher Cruz*
        CHRISTOPHER CRUZ
        Attorney for Defendant NCAA